**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| KYLE RHODES, individually and as plaintiff class representative; WESLEY ATWOOD, individually and as plaintiff class representative; and SAMANTHA HUDON, individually and as plaintiff class representative | PLAINTIFFS |
| v. No. 4:16CV00640 JLH | |
| KROGER CO. | DEFENDANT |

**REMAND ORDER**

Pursuant to the Opinion and Order entered separately today, this action is remanded to the Circuit Court of Pulaski County, Arkansas.

IT IS SO ORDERED this 9th day of February, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE